IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01708-BNB

PRIVATE EDWIN MARK ACKERMAN,

    Applicant,

v.

WARDEN KEVIN MILYARD,
US ATTORNEY GENERAL,
US SECRETARY OF THE ARMY,
DEFENSE SECRETARY GATES, and
THE JUDGE ADVOCATE GENERAL,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2010

GREGORY C. LANGHAM
CLERK

_____

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

_____

Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be

granted. Accordingly, it is

    ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is granted. It is

    FURTHER ORDERED that Applicant's motions (Doc. Nos. 4, 5, 6, 7, 8 and 9),

filed on July 20 and 27, 2010, are denied as unnecessary. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED August 4, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01708-BNB

Edwin Mark Ackerman
Prisoner No. 87741
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8410

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk