IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01708-BNB

EDWIN MARK ACKERMAN,

    Applicant,

v.

KEVIN MILYARD,
US ATTORNEY GENERAL,
DEFENSE SEC. GATES,
JAG, and
SEC. OF ARMY,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 13, 2010, Applicant filed a Motion for Clarification regarding Doc. Nos. 4, 5, 6, 7, 8, and 9. Applicant also requested that the Court clarify the statement by the Court that "process will not issue until further notice of the court." The Clerk of the Court is directed to send a copy of the Docket in this case so that Applicant may review the motions filed in Doc. Nos. 4, 5, 6, 7, 8, and 9. With respect to process not issuing until further notice, the Court presently is reviewing the merits of Applicant's claims and no service of process is appropriate until the Court determines the merits of the claims. Having responded to Applicant's Motion for Clarification (Doc. No. 12), the Motion is DENIED as moot.

Dated: August 16, 2010